UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III,<br><br>        Plaintiff,<br><br>vs.<br><br>A.K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | 1:04-c-05878-REC-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 36)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 31) |

    Plaintiff, John E. James, III ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 15, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  No objections to this recommendation were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

1

1  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
2  entire file, the Court finds the Findings and Recommendations to
3  be supported by the record and by proper analysis.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1.   The Findings and Recommendations, filed March 15, 2005,
6  are ADOPTED IN FULL; and,
7       2.   Plaintiff's motion for preliminary injunctive relief,
8  filed February 10, 2005, is DENIED, without prejudice, as
9  PREMATURE.
10      IT IS SO ORDERED.
11 **Dated:  April 29, 2005**            **/s/ Robert E. Coyle**
   668554                                UNITED STATES DISTRICT JUDGE

2