# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III., ) | CV F- 04-5878 REC DLB P |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S MOTION FOR COPIES |
| v. ) | (DOC 18) |
| A. K. SCRIBNER, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

On November 3, 2004, plaintiff filed a motion requesting copies of the exhibits attached to his July 12, 2004, motion for preliminary injunction. The Court has reviewed the record and determined that there are no exhibits attached to plaintiff's July 12, 2004 motion. Accordingly, plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: September 6, 2005            /s/ Dennis L. Beck
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE