UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. JAMES, III., | ) | CV F- 04-5878 REC DLB P |
| Plaintiff, | ) ) | ORDER REQUIRING PLAINTIFF TO RESUBMIT MOTION FOR |
| v. | ) ) | PRELIMINARY INJUNCTIVE RELIEF (DOC 73) |
| A. K. SCRIBNER, et al., | ) ) | |
| Defendants. | ) ) | |

     Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

     On July 8, 2005, plaintiff filed a Motion for Preliminary Injunctive Relief. However, the motion is not complete. Page 1 of the motion describes an incident on June 20, 2005 where plaintiff alleges that correctional staff ordered him to remove his dreadlocks. He alleges that guards then sprayed him with pepper spray when he requested a supervising official be notified. However, there are no subsequent pages describing plaintiff's requested relief. Instead, attached to the motion is a previous motion for preliminary injunctive relief which has already been denied by the Court.

     Accordingly, plaintiff is HEREBY ORDERED to resubmit a complete Motion for Preliminary Injunctive Relief filed July 8, 2005 within 10 days of this Order should he still request

1  relief.

3      IT IS SO ORDERED.

4      **Dated:  September 6, 2005**　　　　　　　　**/s/ Dennis L. Beck**
   3c0hj8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE