# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III.,            ) | CV F- 04-5878 REC DLB P |
|                 Plaintiff,      ) | ORDER REQUIRING DEFENDANTS |
|                                 ) | TO RESPOND TO MOTION FOR |
|       v.                        ) | PRELIMINARY INJUNCTIVE RELIEF |
|                                 ) | |
| A. K. SCRIBNER, et al.,         ) | |
|                 Defendants.     ) | |

　　　　Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

　　　　On July 8, 2005, plaintiff filed an incomplete Motion for Preliminary Injunctive Relief. On September 7, 2005, the Court ordered plaintiff to resubmit a complete motion. Plaintiff re-filed his motion for preliminary injunctive relief on September 23, 2005 along with his supporting declaration and proof of service of the motion on defendants.

　　　　Accordingly, defendants are HEREBY ORDERED to file a response to the motion within 20 days of this order. Plaintiff may reply to defendants' response within 10 days.

　　　　IT IS SO ORDERED.

Dated:   September 29, 2005                           /s/ Dennis L. Beck

1  3c0hj8                                      UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28