BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JODIE A. SCHWAB (SBN 223131)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-1145
 Fax: (916) 324-5205

Attorneys for Defendants Beer, Broomfield,
Edmond, German, Lemos, Maldonado,
Martinez, Means, Rabe, Rocha, Stockman,
Torres, Trotter, Valtierra, Vogel, and Yamamoto
48149286-SA2005101675

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| JOHN E. JAMES, III,<br><br>              Plaintiff,<br><br>     v.<br><br>A.K. SCRIBNER, et al.,<br><br>              Defendants. | CASE NO. CIV F 04 5878 REC DLB P<br>**ORDER GRANTING DEFENDANTS' NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |
|---|---|

Defendants' nunc pro tunc request for extension of time to respond to Plaintiff's discovery requests was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have 7 days, up to and including September 30, 2005, to serve their responses to Plaintiff's Request for Production of Documents

IT IS SO ORDERED.

    Dated:  **October 5, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

1

*[Proposed] Order Granting Defendants' Nunc Pro Tunc Request for*
*Extension of Time to Respond to Plaintiff's Request for Production of Documents*