1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN E. JAMES, III,                 )        1:04-CV-5878 REC DLB P
                                          )
12          Plaintiff,                    )        ORDER GRANTING EXTENSION OF
                                          )        TIME
13          v.                            )        (DOCUMENT #99)
                                          )
14   A. K. SCRIBNER, et al.,              )
                                          )
15                                        )
            Defendants.                   )
16   _____ )

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   October 18, 2005, defendants filed a  motion to extend time to respond to plaintiff's preliminary

19   injunctive relief.  Good cause having been presented to the court and GOOD CAUSE APPEARING

20   THEREFOR, IT IS HEREBY ORDERED that:

21          Defendants are GRANTED to and including November 18, 2005 in which to respond to

22   plaintiff's motion for preliminary injunctive relief.

23          IT IS SO ORDERED.

24      **Dated:    November 9, 2005**                  ____**/s/ Dennis L. Beck**____
     3c0hj8                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28