1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,** | CIV F 04 5878 REC DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

Defendants' second request for an extension of time to file a response to Plaintiff's motion for a preliminary injunction  was considered by this Court and, good cause appearing,

/ / /

/ / /

[Proposed] Order Granting Defendants' Second Request for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction

1

1 | IT IS HEREBY ORDERED that, from the date this order is served, Defendants have
2 | 30 days to file their response to Plaintiff's motion for a preliminary injunction.
3
4
5 | IT IS SO ORDERED.
6 | **Dated:**   November 28, 2005              **/s/ Dennis L. Beck**
  | 3c0hj8                                     UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' Second Request for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction

2