UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. JAMES, | ) | CV F- 04-5878 REC DLB P |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | MOTION TO COMPEL |
| v. | ) | |
| | ) | |
| A.K. SCRIBNER, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff John E. James ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 8, 2005, plaintiff filed a motion to compel compliance with discovery.  However, it does not appear that plaintiff served defendants with the motion.  After defendants have appeared in an action by filing a pleading responsive to the complaint (i.e., an answer or a motion to dismiss), all documents filed with the court must include a certificate of service stating that a copy of the document was served on the opposing party.  See F.R.C.P. 5; Local Rule 5-135.  A document submitted without the required proof of service will be stricken.  Where a party is represented, service on the party's attorney of record constitutes effective service.

Defendants appeared in this action on June 3, 2005 by filing an answer.  Plaintiff failed to

1  serve defendants with the motion to compel filed on December 8, 2005.  Accordingly, Document
2  Number 105 filed on December 8, 2005 is HEREBY STRICKEN from the record.

    IT IS SO ORDERED.

    **Dated:   December 12, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE