UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants. | 1:04-CV-5878 REC DLB P<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br>(DOCUMENT #110) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 24, 2006, defendants filed their first request/motion to extend time to respond to plaintiff's motion to compel production of documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to file their response to plaintiff's motion to compel.

IT IS SO ORDERED.

Dated:   February 1, 2006           /s/ Dennis L. Beck
3c0hj8                                                                     UNITED STATES MAGISTRATE JUDGE