UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. JAMES, | ) | CV F- 04-5878 REC DLB P |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | MOTION TO PRESERVE |
| v. | ) | EXCULPATORY EVIDENCE |
| | ) | [DOC # 77] |
| A.K. SCRIBNER, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff John E. James ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2005, plaintiff filed a document entitled "Motion to Preserve Exculpatory Evidence." However, it does not appear that plaintiff served defendants with the motion. After defendants have appeared in an action by filing a pleading responsive to the complaint (i.e., an answer or a motion to dismiss), all documents filed with the court must include a certificate of service stating that a copy of the document was served on the opposing party. See F.R.C.P. 5; Local Rule 5-135. A document submitted without the required proof of service will be stricken. Where a party is represented, service on the party's attorney of record constitutes effective service.

Defendants appeared in this action on June 3, 2005 by filing an answer. Plaintiff failed to

1  serve defendants with the motion filed on August 8, 2005.  Accordingly, Document Number 77 filed
2  on August 8, 2005 is HEREBY STRICKEN from the record.

4     IT IS SO ORDERED.
5     Dated:   **February 21, 2006**                        **/s/ Dennis L. Beck**
   3c0hj8                                              UNITED STATES MAGISTRATE JUDGE