UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III., ) | CV F- 04-5878 REC DLB P |
| Plaintiff, ) | ORDER RE PLAINTIFF'S |
| ) | MOTION FOR DEPOSITIONS |
| v. ) | (DOC 127) |
| A. K. SCRIBNER, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

On May 4, 2006, plaintiff filed a motion requesting to take the depositions of defendants pursuant to Federal Rule of Civil Procedure 30. Following the opening of discovery, discovery propounded on a party becomes self-executing. See Local Rules 33-250, 34-250, 36-250. Discovery is conducted between the parties. Thus, plaintiff's requests to take the depositions of defendants are to be served on the opposing party only. Such requests should not be made through the court as a Motion.

IT IS SO ORDERED.

Dated:   May 8, 2006                            /s/ Dennis L. Beck
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE