UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. JAMES, III., | ) | CV F- 04-5878 REC DLB P |
| Plaintiff, | ) | CORRECTION TO ORDER RE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (DOC 109) |
| v. | ) | |
| A. K. SCRIBNER, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This action is proceeding on plaintiff's amended complaint, filed against numerous correctional guards at Corcoran State Prison (CSP) for allegedly using excessive force on July 16, 2003, in violation of the Eighth Amendment. On June 1, 2006, the Court issued an order re plaintiff's motion to compel production of documents by defendants. In the order, the court incorrectly ordered defendants to produce documents for the time period between June 2000 and December 2001. The correct time period should be June 2002 and December 2003. Accordingly, subject to the terms of the June 1, 2006 order, defendants shall provide the documents requested in numbers 5, 6, and 7, for the time period June 2002 through December 2003.

1
2
3      IT IS SO ORDERED.
4      **Dated:    June 28, 2006**                        **/s/ Dennis L. Beck**
       3c0hj8                                          UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28