BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
  1300 I Street, Suite 125
  Post Office Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1937
  Facsimile: (916) 324-5205

Attorneys for Defendants Stockman, Martinez,
Maldonado, Edmond, Torres, Vogel, Beer,
Broomfield, Lemos, Rabe, Trotter, Valtierra, German,
Rocha, Means and Yamamoto
SA2005101675

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,** | 1:04-CV-5878 OWW DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to produce of documents was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have until July 17 to produce the documents specified in this Court's order of June 2, 2006.

JS:tc

04pc5878.ext.james.dm.wpd

IT IS SO ORDERED.

    Dated:   July 6, 2006                   **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE