UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III., ) | CV F- 04-5878 OWW DLB P |
| Plaintiff, ) | ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF |
| v. ) | [Docs 125, 140] |
| A. K. SCRIBNER, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

On April 28, 2006 and July 11, 2006, plaintiff filed Motions for Preliminary Injunctive Relief. Defendants are HEREBY ORDERED to file a response to these motions within 20 days of this order. Plaintiff may reply to defendants' response within 10 days.

IT IS SO ORDERED.

Dated: July 18, 2006            /s/ Dennis L. Beck
3c0hj8                          UNITED STATES MAGISTRATE JUDGE