1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN E. JAMES, III,                    1:04-cv-05878-OWW-DLB-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                    **RECOMMENDATIONS** (Doc. 123)
13   vs.
                                    **ORDER DENYING MOTIONS FOR**
14   A.K. SCRIBNER, et al.,         **DECLARATORY RELIEF**
                                    (Docs. 83, 114)
15              Defendants.
     _____/

16

17        Plaintiff, John E. James, III ("plaintiff"), is a state

18   prisoner proceeding pro se and in forma pauperis in this civil

19   rights action pursuant to 42 U.S.C. § 1983.  The matter was

20   referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On April 6, 2006, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on the parties and which

24   contained notice to the parties that any objections to the

25   Findings and Recommendations were to be filed within twenty (20)

26   days.  On April 28, 2006, plaintiff filed objections to the

27   Magistrate Judge's Findings and Recommendations.

28   //

                                     1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed April 6, 2006, are ADOPTED IN FULL; and,

2.   Plaintiff's motions for preliminary injunctive relief, filed September 23, 2005 and February 6, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:    July 29, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE