IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,**<br><br>                     Plaintiff,<br><br>v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>                     Defendants. | CASE NO. 1:04-cv-5878 OWW-DLB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |

      Defendants' second request for an extension of time to file a dispositive motion was considered by this Court, and good cause appearing, Defendants' request is granted.

      IT IS HEREBY ORDERED that defendants have 60 days from the date of service of this order to file their motion for summary judgment.

      IT IS SO ORDERED.

      Dated:   <u>August 15, 2006</u>              <u>/s/ Dennis L. Beck</u>
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' Second Request for Extension of Time to File and Serve Motion for Summary Judgment

1