UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN JAMES, | ) | 1:04-CV-05878-OWW-DLB-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO |
| v. | ) ) | MOTIONS FOR PRELIMINARY INJUNCTION |
| W. J. SULLIVAN, et al., | ) ) | (DOCUMENT #145) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 7, 2006, defendants filed a motion to extend time to respond to plaintiff's motions for preliminary injunctive relief filed on April 18, 2006 and July 11, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to respond to plaintiff's motions for preliminary injunctive relief.

IT IS SO ORDERED.

Dated: **September 1, 2006**                       **/s/ Dennis L. Beck**
3c0hj8                                                            UNITED STATES MAGISTRATE JUDGE