1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN E. JAMES,                    )          1:04-CV-5878 OWW DLB P
                                       )
12          Plaintiff,                 )
                                       )          ORDER DENYING MOTION FOR
13                                     )          APPOINTMENT OF COUNSEL
            v.                         )          (DOCUMENT #156)
14                                     )
     A. K. SCRIBNER, et al.,           )
15                                     )
                                       )
16          Defendants.                )
                                       )
17   _____ )

18          On September 1, 2006, plaintiff filed a motion seeking the appointment of counsel.

19   Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113

20   F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant

21   to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the Southern District of Iowa, 490

22   U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain exceptional circumstances the court

23   may request the voluntary assistance of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

24

25          Without a reasonable method of securing and compensating counsel, the court will seek

26   volunteer counsel only in the most serious and exceptional cases.  In determining whether "exceptional

27   circumstances exist, the district court  must evaluate both the likelihood of success of the merits [and]

28                                            1

1  the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues

2  involved." Id. (internal quotation marks and citations omitted).

3        In the present case, the court does not find the required exceptional circumstances.  Even

4  if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations which,

5  if proved, would entitle him to relief, his case is not exceptional.  This court is faced with similar cases

6  almost daily.  Further, at this early stage in the proceedings, the court cannot make a determination that

7  plaintiff is likely to succeed on the merits, and based on a review of the record in this case, the court does

8  not find that plaintiff cannot adequately articulate his claims.  Id.

9        For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

10  DENIED, without prejudice.

11

12      IT IS SO ORDERED.

13     **Dated:    September 22, 2006**          _____**/s/ Dennis L. Beck**_____
   3c0hj8                               UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                           2