IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____ / | 1:04-CV-5878-OWW-DLB-P<br><br>ORDER EXTENDING DEADLINES SET BY DISCOVERY ORDER AND SCHEDULING ORDER OF MARCH 8, 2006<br><br>Discovery Cut-Off Date -　　12/11/06<br>Dispositive Motion Deadline -　　2/12/07 |

　　　　PLEASE TAKE NOTICE that the deadlines set by the "Discovery Order and Scheduling Order" filed March 8, 2006, are extended as follows:

　　　　1. All discovery, including motions to compel, formerly to be completed by May 14, 2006, shall be completed by: **December 11, 2006;**

　　　　2. The deadline for serving and filing pre-trial dispositive motions, formerly October 18, 2006, shall be completed by **February 12, 2007.**

　　　　IT IS SO ORDERED.

　　**Dated:　September 22, 2006**　　　　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1