IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,**<br><br>Plaintiff,<br><br>v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>Defendants. | CASE NO. 1:04-cv-5878 OWW-DLB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** |

Defendants' Second Request for an Extension of Time to file their responses to Plaintiff's Complaint was considered by this Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that Defendants have an additional 10 days to file their responses to the motions to preliminary injunction.

IT IS SO ORDERED.

Dated:    October 3, 2006                           /s/ Dennis L. Beck
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' Second Request for Extension of Time to Respond to Motions for Preliminary Injunctive Relief

1