UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III., ) | CV F- 04-5878 OWW DLB P |
| Plaintiff, ) | ORDER RE PLAINTIFF'S MOTION FOR COPY OF |
| v. ) | DEPOSITION TRANSCRIPT (DOC 126) |
| A. K. SCRIBNER, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

On April 28, 2006, plaintiff filed a motion requesting a copy of the transcript from his deposition taken by defendants on March 3, 3006.  Plaintiff makes the request pursuant to Federal Rule of Civil Procedure 30(e) so that he can "clarify its accuracy, review it & make any necessary changes in form or substance."

This Court is unable to grant plaintiff's request.  The Court is not in possession of the deposition transcript nor does it have the authority to order the court reporter to provide it to plaintiff.  Federal Rule of Civil Procedure 30(e) provides that, "if requested by the deponent or a party before completion of the deposition, the deponent shall have 30 days after being notified by the

1  officer that the transcript or recording is available . . . " If plaintiff made such request at the
2  deposition, he should contact the court reporter or opposing counsel.
3      If plaintiff did not make such request at his deposition, he may still obtain a copy of the
4  transcript by paying the appropriate fee to the court reporter.  All parties to the action, as well as the
5  deponent, are entitled to copies of the deposition transcripts upon payment of the "reasonable
6  charges" therefor.  *See* Fed.R.Civ.P. 30(f)(2).  Should plaintiff wish a copy of the transcript, he may
7  contact the court reporter.  Accordingly, plaintiff's motion is HEREBY DENIED.
8      IT IS SO ORDERED.
9      **Dated:   January 12, 2007**              **/s/ Dennis L. Beck**
   3c0hj8                                         UNITED STATES MAGISTRATE JUDGE