1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

12  JOHN E. JAMES, III.,                )        CV F- 04-5878 OWW DLB P
                                        )
13                  Plaintiff,          )        ORDER REQUIRING DEFENDANTS
                                        )        TO RESPOND TO MOTIONS
14          v.                          )        [Doc 121]
                                        )
15  A. K. SCRIBNER, et al.,             )
                                        )
16                  Defendants.         )
                                        )
17  _____

18

19          Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action

20  pursuant to 42 U.S.C. section 1983.

21          On March 9, 2006, plaintiff filed a motion relating to certain video tape evidence to which

22  defendants have failed to respond.  *See* Docket # 121.  Defendants are HEREBY ORDERED to file a

23  response to this motion within 20 days of this order.  Plaintiff may reply to defendants' response

24  within 10 days.

25          IT IS SO ORDERED.

26      **Dated:   January 12, 2007**              _____/s/ **Dennis L. Beck**_____
    3c0hj8                                         UNITED STATES MAGISTRATE JUDGE
27

28