UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. JAMES, III., | ) | CV F- 04-5878 REC DLB P |
| | ) | |
| Plaintiff, | ) | ORDER RE PLAINTIFF'S MOTION TO COMPEL RESPONSES TO |
| v. | ) | INTERROGATORIES |
| | ) | (DOC 133) |
| A. K. SCRIBNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**I.    Background**

Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This action is proceeding on plaintiff's amended complaint, filed against numerous correctional guards at Corcoran State Prison (CSP) for allegedly using excessive force on July 16, 2003, in violation of the Eighth Amendment. Pending before the court is plaintiff's motion to compel responses to interrogatories. Defendants filed an opposition to the motion on July 10, 2006. Plaintiff filed a reply on August 8, 2006.

Plaintiff contends and defendants do not dispute, that he served defendants with interrogatories in February 2006. Defendants contend that pursuant to the scheduling order issued July 14, 2005, the discovery deadline was March 13, 2006 and therefore the interrogatories were

untimely.

Defendants acknowledge that pursuant to plaintiff's request, on March 8, 2006, the Court modified the scheduling order thereby extending the discovery cutoff to May 14, 2006. Defendants represent that plaintiff re-served the interrogatories in April 2006, making them again untimely. On June 5, 2006, defense counsel advised plaintiff that his interrogatories were untimely and no responses would be forthcoming. This motion to compel followed.

## II.  Discussion

Subsequent to the parties' briefing on this motion, defendants requested and the court granted an extension of the schedule in this case to allow them to file a motion for summary judgment. The order issued September 25, 2006 extended the discovery deadline to December 11, 2007 and the dispositive motion deadline to February 12, 2007. In extending the schedule, the Court expected both parties to cooperate to ensure that the discovery required to bring and oppose a motion for summary judgment, was complete. Accordingly, due to the extension of the discovery deadline, after defendants were served with the subject interrogatories and the benefit to both parties in having this case heard on the merits, defendants are ordered to serve responses to the interrogatories. Said responses shall be served on plaintiff within 20 days of this order.

IT IS SO ORDERED.

Dated:   **January 16, 2007**             **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE