IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,**<br><br>Plaintiff,<br><br>v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>Defendants. | CASE NO. 1:04-cv-5878 OWW-DLB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO INTERROGATORIES** |

Defendants' request for an extension of time to file their responses to Plaintiff's interrogatories was considered by this Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that Defendants have an additional 14 days to serve their responses.

IT IS SO ORDERED.

Dated: __February 12, 2007__          __/s/ Dennis L. Beck__
3c0hj8                                UNITED STATES MAGISTRATE JUDGE