IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**A. K. SCRIBNER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:04-cv-5878 OWW DLB P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |

　　　　Defendants' First Request for an Extension of Time to file and serve their motion for summary judgment was considered by this Court, and good cause appearing:

　　　　IT IS HEREBY ORDERED that defendants have until March 14, 2007, to file and serve their motion for summary judgment.

　　　　IT IS SO ORDERED.

　　**Dated:   February 12, 2007**　　　　　　　　　　／s/ **Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE