UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. JAMES, III., | ) | CV F- 04-5878 OWW DLB P |
| Plaintiff, | ) ) | ORDER RE PLAINTIFF'S MOTION TO PRESERVE EVIDENCE |
| v. | ) ) | [Doc 121] |
| A. K. SCRIBNER, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

On March 9, 2006, plaintiff filed a motion relating to certain video tape evidence. Plaintiff seeks an order requiring defendants to preserve July 18, 2003 videotaped interviews of plaintiff relating to incident 4A-03-07-0383. On February 1, 2007, defendants responded to the motion. In doing so, defendants submitted the declaration of D. Rogers, Use of Force Analyst at California State Prison, Corcoran. Mr. Rogers states that he has reviewed the incident package related to Incident Report CSP 04A-03-07-0383 involving plaintiff and has determined that there are no tapes, audio or video. Defendants also submit the declaration of R. Swetich, Sergeant of Internal Affairs at California State Prison Corcoran. Mr. Swetich states that he has reviewed all available resources in

1 his office and is unable to locate a video or audio tape relating to the Incident Report CSP 04A-03-
2 07-0383.
3     Notwithstanding plaintiff's speculation that the tapes exist, the Court is unable to issue the
4 requested relief in light of defendants' representations.  However, to the extent such tapes are located
5 subsequent to this Order, defendants are HEREBY ORDERED to advise plaintiff and the Court and
6 further maintain the tapes as evidence in this case.
7     IT IS SO ORDERED.
8     **Dated:   March 9, 2007**           /s/ **Dennis L. Beck**
  3c0hj8                                       UNITED STATES MAGISTRATE JUDGE