UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES,                )<br>                                              )<br>          Plaintiff,                )<br>                                              )<br>     v.                                    )<br>                                              )<br>A. K. SCRIBNER, et al.,       )<br>                                              )<br>          Defendants.            )<br>_____) | 1:04-CV-5878 LJO DLB PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #191) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2007, defendants filed a motion to extend time to file and serve its motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are is granted thirty days from the date of service of this order in which to file and serve its motion for summary judgment.

IT IS SO ORDERED.

Dated:   **April 25, 2007**          **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE