IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN E. JAMES, III,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A. K. SCRIBNER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:04-cv-5878 OWW DLB P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

　　　Defendants' request for an extension of time to respond to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing:

　　　IT IS HEREBY ORDERED that defendants have until July 1, 2007, to respond to Plaintiff's motion for summary judgment.

　　　IT IS SO ORDERED.

　　　Dated:　**June 1, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1