# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E. JAMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A.K. SCRIBNER et. al.,<br><br>　　　　Defendant. | 1:04 CV 05878 LJO DLB P<br><br>ORDER REQUIRING DEFENDANTS FILE A RESPONSE<br><br>RESPONSE DUE IN THIRTY DAYS<br><br>[Doc. 199] |

Plaintiff is a state prisoner proceeding pro per in a civil rights action pursuant to 42 U.S.C. section 1983. On June 7, 2007, plaintiff filed a motion requesting that the court issue Subpoenas Duces Tecum pursuant to Rules 34(c) and 45 of the Federal Rules of Civil Procedure. Specifically, plaintiff has requested that the court compel the Office of the Inspector General to release all documents written or created since June 2002 through December 2003 that contain information regarding excessive force by Corcoran State Prison staff against SHU inmates. The court orders that defendants file a response to this motion outlining what their position is with regard to the release of the documents outlined in plaintiff's motion. Defendants shall respond within thirty days from the date of this order.

　　IT IS SO ORDERED.

　　Dated:　**June 18, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE