IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,** <br><br> Plaintiff, <br><br> v. <br><br> **A. K. SCRIBNER, et al.,** <br><br> Defendants. | 1:04-cv-5878 OWW DLB P <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

Defendants' request for an extension of time to respond to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have until July 14, 2007, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   July 3, 2007                    /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE