IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **J.E. JAMES**<br><br>                                  Plaintiff,<br><br>    v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>                                  Defendants. | Case No. 1:04-cv-5878-LJO-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUBPOENAS** |

On July 19, 2007, defendant's filed a motion for an extension of time until August 10, 2007, to respond to plaintiff's motion for subpoenas. The motion was considered and good cause appearing :

IT IS HEREBY ORDERED that defendants have until August 10, 2007, to respond to plaintiff's motion for subpoenas.

IT IS SO ORDERED.

Dated:   **August 6, 2007**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1