# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III,<br><br>    Plaintiff,<br><br>vs.<br><br>A.K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | 1:04-cv-05878-LJO-DLB (PC)<br><br>**ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AND SERVE PRETRIAL STATEMENT**<br><br>(DOCUMENT #235)<br><br>**ORDER RESETTING TELEPHONIC TRIAL CONFIRMATION HEARING**<br><br><u>Telephonic Trial Confirmation Hearing:</u><br>August 8, 2008 at 11:00 a.m. in Courtroom 9 (DLB) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2008, defendants filed a motion to extend time to file their pretrial statement. (Doc. 235).

Good cause having been presented to the court and good cause appearing therefor, defendants are granted an extension of time to July 31, 2008, to file and serve their pretrial statement.

To accommodate defendants' request, the telephonic trial confirmation hearing is reset from July 25, 2008 at 1:30 P.M. to **August 8, 2008 at 11:00 AM** in Courtroom 9 before Magistrate Judge Dennis L. Beck. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559)

499-5670.

IT IS SO ORDERED.

Dated:   **July 22, 2008**                              **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE