IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOHN E. JAMES, III,** | CASE NO.: 1:04-cv-5878 LJO DLB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT** |
| v. | |
| **A.K. SCRIBNER, et al.,** | |
| Defendants. | |

Defendants' second request for an extension of time to file their pretrial statement was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that Defendants have until August 4, 2008, to file and serve their pretrial statement.

IT IS SO ORDERED.

Dated:   **August 1, 2008**          **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE

1