1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| JOHN E. JAMES, III., | CASE NO: 1:04-CV-5878 LJO DLB P |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT |
| v. | (Doc. 166). |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

11
12
13
14
15
16
17

_____ )

18    Plaintiff John E. James ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with

19   a civil rights action pursuant to 42 U.S.C. section 1983. This action is proceeding on plaintiff's amended

20   complaint, filed against numerous correctional guards at Corcoran State Prison (CSP) for allegedly using

21   excessive force on July 16, 2003, in violation of the Eighth Amendment.

22    On October 26, 2006, plaintiff filed a motion to supplement his complaint. (Doc. 166). Through

23   no fault of plaintiff, his outstanding motion remained unaddressed until a telephonic trial confirmation

24   hearing held August 8, 2008. During the hearing, plaintiff agreed to withdraw his pending motion.

25    Accordingly, plaintiff's motion, filed October 26, 2006, is disregarded as withdrawn.

26    IT IS SO ORDERED.

27    **Dated:   August 11, 2008**                  **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

28