# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-5878 LJO DLB PC<br><br>ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM ON CDCR OFFICE OF INTERNAL AFFAIRS, BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Docs. 223 and 243) |

　　　　This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff John E. James III, a state prisoner proceeding pro se and in forma pauperis. On August 11, 2008, the Court issued an order granting Plaintiff's motion for the issuance of a subpoena duces tecum and providing the requisite notice to the parties that the Court intended, after five days, to issue the subpoena and direct the United States Marshals Service to effect personal service. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

　　　　<u>Plaintiff is reminded that he is required to provide Defendants' counsel with a complete copy of all records produced to him in response to this subpoena.</u>

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

///

///

///

    a. One (1) completed and issued subpoena duces tecum to be served on:

>  **California Department of Corrections and Rehabilitation**
>  **Office of Internal Affairs**
>  **10111 Old Placerville Road, Suite 200**
>  **Sacramento, California**
>  **95827**

    b. One (1) completed USM-285 form; and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the Marshals Service.

2. Within **FIVE (5) DAYS** from the date of this order, the Marshals Service is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

4. The Marshals Service SHALL effect **personal service** of the subpoena duces tecum, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   **August 19, 2008**            /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE