# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III,<br><br>  Plaintiff,<br><br>  v.<br><br>BEER, et al.,<br><br>  Defendants.<br>_____/ | Case No.: 1:04-cv-05878 LJO DLB PC<br><br>**ORDER CONTINUING TRIAL**<br><br>Jury Trial: **February 2, 2009** at 9:00 a.m., Courtroom 4, before United States District Judge Lawrence J. O'Neill. |

This matter is currently set for jury trial before the Honorable Lawrence J. O'Neill on October 6, 2008. Due to the court's calendar, the trial date will, by this order, be continued to February 2, 2009.

Accordingly, it is HEREBY ORDERED that:

1. The trial date of October 6, 2008 is VACATED;
2. Jury trial of this matter is CONTINUED to February 2, 2009 at 9:00 a.m. before the Honorable Lawrence J. O'Neill in Courtroom 4.

IT IS SO ORDERED.

Dated:   **September 3, 2008**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE