# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III, | CASE NO. 1:04-cv-05878 LJO DLB PC |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |
| v. | |
| BEER, et al., | |
| Defendants. | (Docs. 264) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff John E. James III, a state prisoner proceeding pro se and in forma pauperis. On December 17, 2008, the Court issued an order regarding Plaintiff's motion for clarification of the subpoena duces tecum served upon the Office of the Inspector General, and provided notice to the parties that the Court would issue a second subpoena duces tecum. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

<u>Plaintiff is reminded that he is required to provide Defendants' counsel with a complete copy of all records produced to him in response to this subpoena.</u>

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

   a. One (1) completed and issued subpoena duces tecum to be served on:

      **Office of the Inspector General
      3927 Lennane Drive
      Sacramento, CA 95834**

   b. One (1) completed USM-285 form;

  c. One (1) copy of the Court Order RE CLARIFICATION OF SUBPOENA DUCES TECUM SERVED UPON OIG, dated December 17, 2008 (Doc. 264); and

  d. Two (2) copies of this order, one to accompany the subpoena and one for the Marshals Service.

2. Within **SEVEN (7) DAYS** from the date of this order, the Marshals Service is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

4. The Marshals Service SHALL effect **personal service** of the subpoena duces tecum, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: **December 22, 2008**     **/s/ Dennis L. Beck**
                 UNITED STATES MAGISTRATE JUDGE

2