1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11                                           )
    JOHN E. JAMES III,                       )        CASE 1:04-cv-5878 LJO DLB PC
12                                           )
                        Plaintiff,           )
13                                           )        ORDER CONTINUING TRIAL
          v.                                 )
14                                           )        Jury Trial: May 11, 2009 at 8:30 a.m. in
    A.K. SCRIBNER, et. al.,                  )        Courtroom 4 before the Honorable Judge
15                                           )        O'Neill
                        Defendants.          )
16    _____)

17

18          Plaintiff John E. James ("Plaintiff") is a state prisoner proceeding pro se and in forma

19   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is currently set for jury

20   trial commencing February 2, 2009.

21          Due to the Court's heavy calendar, which includes a three week trial that has been confirmed

22   to commence on January 26, 2009 before the undersigned, the trial in this case, James v. Scribner et

23   al., Case No. 04-cv-5878 LJO DLB PC,  is HEREBY CONTINUED to May 11, 2009 at 8:30 a.m.

24   IT IS SO ORDERED.

25   **Dated:    January 6, 2009**                        **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE
26

27

28

U.S. District Court

E. D. California                                   1