UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES,<br><br>                      Plaintiff,<br><br>        v.<br><br>A.K. SCRIBNER, et. al.,<br><br>                      Defendants. | CASE NO.: 1:04-cv-5878 LJO DLB PC<br><br>ORDER<br><br><br><br>TWENTY (20) DAY DEADLINE |

Plaintiff John E. James ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial commencing May 11, 2009 before the Honorable Judge O'Neill.

Plaintiff has listed a total of twenty-four witnesses, including seven incarcerated witnesses, whom he intends to call at trial. Within twenty (20) days of service of this order, Plaintiff shall notify the Court in writing of the order in which he intends to call his witnesses, so that the writs commanding the attendance of his incarcerated witnesses at trial are issued for the appropriate day.

Failure to comply with this order may result in the imposition of sanctions, up to and including dismissal of this action, for failure to obey a court order.

IT IS SO ORDERED.

Dated:   February 25, 2009             /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE