# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | CASE NO. 1:04-cv-05878-LJO DLB PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE NANDOR VADAS WOULD BE BENEFICIAL |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | ELEVEN (11) DAY DEADLINE |

/

Plaintiff John E. James III ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed January 4, 2005, against defendants Beer, Broomfield, Edmond, German, Lemos, Maldonaldo, Martinez, Means, Rabe, Rocha, Stockman, Torres, Trotter, Valtierra, Vogel, and Yamamoto. This matter is currently set for jury trial before the Honorable District Judge Lawrence J. O'Neill commencing May 11, 2009. On March 19, 2009, Plaintiff filed a request that this action be set for voluntary dispute resolution. (Doc. 277).

This Court has been provided with the opportunity to refer cases for settlement to the Honorable Nandor Vadas, a United States Magistrate Judge with the Northern District of California. Settlement conferences are held in person at a prison in the Sacramento Division of the Eastern District of California. Plaintiff has indicated a willingness to explore settlement. Accordingly, Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference with Judge Vadas.

1

| | |
|---|---|
| 1 | The facility at which the settlement conferences are conducted is not a Level IV prison. |
| 2 | Therefore, Defendants' counsel shall notify the Court whether there are security concerns that would |
| 3 | prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court |
| 4 | whether those concerns can be adequately addressed if Plaintiff is transferred to the prison for |
| 5 | settlement only and then returned to a Level IV prison for housing. |

Accordingly, within **eleven (11) days** from the date of service of this order, Defendants shall file a written response to this order.[1]

IT IS SO ORDERED.

Dated: **March 23, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

---

[1] The issuance of this order does not guarantee referral to Judge Vadas, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Vadas. If the case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.