# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A.K. SCRIBNER, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:04-cv-05878-LJO-DLB PC<br><br>ORDER CROSS-DESIGNATING CASE TO JUDGE VADAS FOR SETTLEMENT<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE VADAS ON **MAY 21, 2009, AT 9:00 A.M.**, AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS TO JUDGE VADAS ON OR BEFORE **MAY 7, 2009**<br><br>ORDER STAYING ACTION AND VACATING MAY 11, 2009 TRIAL DATE |

　　The parties in this action have indicated that a settlement conference may be beneficial in resolving this case. (Docs. 277, 281). Accordingly, it is HEREBY ORDERED that:

　　1.　　The trial date of May 11, 2009 before Judge O'Neill is VACATED. This case is STAYED in its entirety pending completion of a settlement conference before Judge Vadas;

　　2.　　This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

　　3.　　The settlement conference shall be conducted on **May 21, 2009, at 9:00 a.m.** before Judge Vadas at California State Prison-Solano;[1]

---

[1] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.

1

1    4.   Within thirty-five (35) days of the settlement conference, Judge Vadas shall file a
2         report in this case indicating the outcome of the settlement proceedings;
3    5.   On or before May 7, 2009, Plaintiff and Defendants shall submit confidential
4         settlement conference statements by mail to:

> United States Magistrate Judge Nandor J. Vadas
> P.O. Box 1306
> Eureka, CA 95501-1038.

6.   If settlement is not accomplished, the Court will thereafter issue a new scheduling
     order setting this matter down for trial.

IT IS SO ORDERED.

Dated:   **April 7, 2009**          _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE