# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III, | CASE NO. 1:04-cv-05878-LJO-DLB PC |
| Plaintiff, | ORDER RE MOTION FOR STAY |
| v. | (Doc. 287) |
| A.K. SCRIBNER, et al., | |
| Defendants. | |
| _____/ | |

On March 19, 2009 and April 1, 2009, the parties filed notices that a settlement conference may be beneficial in resolving this case. (Docs. 277, 281). On April 8, 2009, this Court issued an order vacating the trial date of May 11, 2009, cross-designating this case to the Honorable Nandor J. Vadas for settlement, and staying this action in its entirety pending completion of the settlement conference.

On April 15, 2009, Plaintiff filed a motion requesting that the order vacating the trial date be stayed for two weeks. Plaintiff contends that defendants are not acting in good faith in agreeing to engage in settlement negotiations, in which case Plaintiff requests that this case proceed to trial on May 11, 2009.

Although the time for filing a response to the motion has not yet expired, the Court shall resolve this motion given the time sensitivity of Plaintiff's request, and because there does not appear to be any harm to defendants by the Court's ruling. Local Rule 78-230.

///

1

1    The May 11, 2009 trial date in this matter has been vacated and that date is no longer
2    available for trial. If Plaintiff is no longer willing to engage in settlement negotiations, he must notify
3    the Court in writing immediately. The Court will then vacate the settlement conference and set this
4    matter for trial scheduling.

      IT IS SO ORDERED.

      **Dated:   April 23, 2009**             /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE