IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES, III,<br><br>    Plaintiff,<br><br>    v<br><br>A.K. SCRIBNER, et al.,<br><br>    Defendants. | Case No C 04-5878 LJO DLB<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>May 21, 2009</u>. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

       ☒ Plaintiff

       ☐ Warden or warden's representative

       ☒ Office of the California Attorney General

       ☒ Other: California Department of Corrections and Rehabilitation

1    (2)    The following individuals, parties, and/or representatives did not appear:

2    (3)    The outcome of the proceeding was:

3        ☐ The case has been completely settled.

4        ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7        ☐ The parties agree to an additional follow up settlement on

8 _____.

9        ☒ The parties are unable to reach an agreement at this time.

11 Date: 6/8/09            /s/ Nandor J Vadas

12                         Nandor J Vadas
                             United States Magistrate Judge
                             Sitting by Designation

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James | No. C 04-5858 LJO DLB |
| v. | CERTIFICATE OF SERVICE |
| Scribner | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/8/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**John E. James, III**
P-13474
KERN VALLEY STATE PRISON (5102)
P.O. BOX 5102
DELANO, CA 93216

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3