**FILED**

SEP 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | CASE NO. 1:04-cv-5878 LJO DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF **JOHN E. JAMES III, CDC # P-13474** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff John E. James III, CDC # P-13474 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: Sept 28, 2009

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1