FILED

SEP 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III,<br><br>    Plaintiff,<br><br>v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-cv-5878 LJO DLB PC<br><br>NOTICE AND ORDER THAT WITNESS **ARMANDO MORALES, CDC # P-80673** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Witness Armando Morales, CDC # P-80673 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: _Sept 28, 2009_              _/s/ Lawrence J. O'Neill_
                                                                  LAWRENCE J. O'NEILL
                                                                  UNITED STATES DISTRICT JUDGE