

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | CASE NO. 1:04-cv-5878 LJO DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **LONNIE WILLIAMS, CDC # T-54378** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Witness Lonnie Williams, CDC # T-54378 is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: Sept 28, 2009

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1