1

2

3

4

5

6

7                      **UNITED STATES DISTRICT COURT**

8                         EASTERN DISTRICT OF CALIFORNIA

9

JOHN E. JAMES III,                          CASE NO. 1:04-cv-5878 LJO DLB PC

10

                    Plaintiff,

11                                           ORDER DISMISSING DEFENDANTS
         v.                                  BROOMFIELD, MEANS, ROCHA,
12                                           STOCKMAN, VALTIERRA AND
A. K. SCRIBNER, et al.,                      YAMAMOTO FROM ACTION
13
                    Defendants.
14
                                            **Jury Trial: November 9, 2009 at 1:30 p.m.**
15
_____ /
16

17         Proceedings were held in this matter on September 28, 2009, with Plaintiff John E. James

18   III ("Plaintiff") appearing and defendants' counsel Ms. Anderson and Ms. Ramsey appearing.

19   Pursuant to Plaintiff's oral motion, defendants Broomfield, Means, Rocha, Stockman, Valtierra and

20   Yamamoto are HEREBY ORDERED DISMISSED from this action in exchange for a waiver of

21   costs.

22         This matter is set for jury trial before the Honorable Lawrence J. O'Neill on **November 9,**

23   **2009 at 1:30 p.m**. in Courtroom 4.

24   IT IS SO ORDERED.

25   **Dated:    October 1, 2009**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
26

27

28

                                            1