1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | CASE NO. 1:04-cv-5878 LJO DLB PC |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTIONS AS ADDRESSED AND RESOLVED |
| A. K. SCRIBNER, et al., | (Docs. 314, 320) |
| Defendants. | |

_____/

On September 17, 2009, Plaintiff filed a motion requesting that orders and writs of habeas corpus ad testificandum be issued for witnesses David Smith, Houston Francois, and Vaka Semisi Katoa. (Doc. 314.)  On September 18, 2009, Defendants filed an opposition to Plaintiff's motions in limine.  (Doc. 320.)

Both motions were addressed and resolved by Court order filed September 18, 2009, and were further addressed during the September 28, 2009 proceedings. (Doc. 315.)

The motions are DISREGARDED.

IT IS SO ORDERED.

**Dated:    October 24, 2009**          _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE