# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | CASE NO. 1:04-cv-5878 LJO DLB PC |
| Plaintiff, | |
| v. | ORDER |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Due to the Court's calendar, the jury trial in this matter is RESET from 1:30 pm. to **8:30 a.m.** on **November 9, 2009,** Courtroom 4, before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:    October 28, 2009**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1