FILED

NOV 0 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | Case No.: 1:04-cv-05878 LJO DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT LONNIE WILLIAMS, CDC #**T-54378**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Jury trial in this matter commenced on November 9, 2009. Inmate witness **Lonnie Williams, CDC# T-54378**, did not testify and is not needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  November 9, 2009                    _____
                                             LAWRENCE J. O'NEILL
                                             UNITED STATES DISTRICT JUDGE

1