**FILED**

NOV 0 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | Case No.: 1:04-cv-05878 LJO DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT BRENT WAGGONER, CDC #**T-42994**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Jury trial in this matter commenced on November 9, 2009. Inmate witness **Brent Waggoner, CDC# T-42994**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  November 9, 2009           _____
                                                         LAWRENCE J. O'NEILL
                                                         UNITED STATES DISTRICT JUDGE

1