FILED
NOV 0 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | Case No.: 1:04-cv-05878 LJO DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT ARMANDO MORALES, CDC #P-80673, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Jury trial in this matter commenced on November 9, 2009. Inmate witness **Armando Morales, CDCR #P-80673**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  November 9, 2009

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1