**FILED**

NOV 0 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | Case No.: 1:04-cv-05878 LJO DLB PC<br><br>**ORDER** |

Plaintiff John E. James III ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Jury trial commenced in this action on November 9, 2009. The trial is not yet complete.

Accordingly, the Amended Order and Writ of Habeas Corpus ad Testificandum as to Plaintiff John E. James III, dated October 29, 2009, continues in effect.

The Warden of Kern Valley State Prison is COMMANDED to produce Plaintiff John E. James III, CDC #P-13474, in Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **November 10, 2009, at 8:00 a.m**, for day 2 of trial.

IT IS SO ORDERED.

Dated: November 9, 2009                    _____
                                            UNITED STATES DISTRICT JUDGE

1