1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOHN E. JAMES III,                      Case No.: 1:04-cv-05878 LJO DLB PC

10            Plaintiff,                    ORDER DISCHARGING WRIT OF HABEAS
                                           CORPUS AD TESTIFICANDUM AS TO
11       v.                                INMATE WITNESS DAVID WAYNE SMITH

12  A. K. SCRIBNER, et al.,                (Doc. 336)

13            Defendants.

14  _____/

15

16       On October 28, 2009, this Court issued an order and writ commanding the Warden at Richard

17  J. Donovan Correctional Facility to produce Inmate David Wayne Smith, CDC #K-78326, to testify

18  before the United States District Court at 2500 Tulare Street, Fresno, California, 93721, on

19  November 9, 2009.  (Doc. 336.)

20       The Court has been informed that David Wayne Smith was paroled on October 29, 2009.

21  Because he is no longer in custody, the order and writ commanding the Warden to produce David

22  Wayne Smith,  CDC #K-78326, is HEREBY DISCHARGED.

23

24  IT IS SO ORDERED.

25  **Dated:    November 10, 2009**            _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES DISTRICT JUDGE
26

27

28

1