**FILED**

NOV 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | CASE NO. 1:04-cv-05878 LJO DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON **THURSDAY, NOVEMBER 12, 2009, AT 8:00 A.M.** |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |
| _____ / | |

The Court is closed on Wednesday November 11, 2009, in observance of Veterans Day. Plaintiff's attendance at the Court is <u>not</u> required on Wednesday, November 11, 2009.

However, Plaintiff John E. James III, #P-13474, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at **8:00 a.m.** on **Thursday November 12, 2009.**

It is so ORDERED.

DATED: Nov 10, 2009

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1