FILED

NOV 1 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-cv-05878 LJO DLB PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON **FRIDAY, NOVEMBER 13, 2009, AT 8:00 A.M.** |

Plaintiff John E. James III, #P-13474, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at **8:00 a.m.** on **Friday November 13, 2009.**

It is so ORDERED.

DATED: Nov 12, 2009

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1