**FILED**

NOV 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III, | CASE NO. 1:04-cv-05878-LJO DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF JOHN E. JAMES, CDC #P-13474, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| A. K. SCRIBNER, et al., | |
| Defendants. | |

Jury trial in this matter commenced on November 9, 2009. The jury trial in this case has concluded on November 13, 2009. Accordingly, Plaintiff John E. James III, CDC # P-13474, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: Nov 13, 2009

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

I