

FILED

JUL 2 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. JAMES III | CASE NO. 1:04-CV-5878 LJO DLB PC |
| Plaintiff, | ORDER |
| v. | |
| A.K. SCRIBNER, et al., | |
| Defendants. | |

On April 26, 2010, the Court received and reviewed the Plaintiff's inquiry regarding the whereabouts of his "trial clothing." That inquiry was dated April 18, 2010. It requested that the clothes be sent to a designated address in Sacramento on Bradshaw Road. (Doc. 374).

The clothes were located, packaged and sent to the Plaintiff-designated location by way of UPS. In a further inquiry filed by the Plaintiff dated July 6, 2010, Plaintiff indicates that he is not aware that the clothes have been sent or received. See attachments.

According to UPS records, the clothes were delivered to the address designated by the Plaintiff (3501 Bradshaw Road #50, Sacramento, Ca 95827) on June 3, 2010 at 1:39 p.m. Should the Plaintiff deem that any further inquiries are necessary, the inquiries should be made with family members and/or UPS. The Court will not be further involved.

DATED: July 29, 2010           /s/ Lawrence J. O'Neill
                               HONORABLE LAWRENCE J. O'NEILL
                               UNITED STATES DISTRICT JUDGE

1

John E. James III (B-13-414)
B-1-212
(K.V.S.P.)
P.O. Box 5104
Delano, CA. 93216
**RECEIVED**
JUL 09 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(U.S.D.C.) E. Dis
of California

(5th Request)

John E. James III )
vs. )   Case # CV-04-5878-LJO-DLB
A.K. Scribner, et. al., )   "Attention" Court Deputy "Irma Lira";
                              Plaintiff Is In'quiring Into the Location of his
                              Trial Clothing.

**Be Advized:** Plaintiff In'quires Into the whereabouts of his clothing; In the courts possession; & not sent out to his family; after his trial...

On **11-13-09**, the jury rendered a Verdict In plaintiff's trial; at which time the Court's U.S. Marshalls stripped plaintiff out of his surilian clothing; & Into the (CDCR) attire. The Court had advized plaintiff that his clothing would be Mailed back to the sending address (via, My Family)... As of **7-6-10**, plaintiff's family, has yet to receive his trial clothing, back... Please mail Plaintiff's Trial Clothing back to my Family at :

**AttN:** "Deloris H. James" • 3501 Bradshaw (Rd # 50) •
• Sacramento, CA. 95827-3312

**Note:** "If you dont respond; i'll be forced to seek civil action... This Is my 5th Request!"

                                                John E. James III
                                            /s/ John E. James III

7-6-10



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z8244710310105728 |
| **Service:** | GROUND |
| **Weight:** | 7.00 Lbs |
| **Shipped/Billed On:** | 06/02/2010 |
| **Delivered On:** | 06/03/2010 1:39 P.M. |
| **Delivered To:** | 3501 BRADSHAW RD<br>50<br>SACRAMENTO, CA, US   95827 |
| **Location:** | FRONT DOOR |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 07/12/2010 7:17 P.M. ET